UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

SAN JOAQUIN FIGS, INC.,

                    Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-05540-PGG-OTW

**NOTICE OF SETTLEMENT**

Plaintiff Ramon Fontanez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant San Joaquin Figs, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  August 8, 2022                    **MIZRAHI KROUB LLP**

                                                            /s/ Edward Y. Kroub
                                                            EDWARD Y. KROUB

- 2 -

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Case 1:22-cv-05540-PGG-OTW    Document 8    Filed 08/08/22    Page 2 of 2